**Order entered December 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00414-CR

## ISAAC PUGH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81674-2021**

## ORDER

Before the Court is the State's December 16, 2022 motion for extension of time to file its brief. We **GRANT** the State's motion and **ORDER** the State's brief received on December 16, 2022 **FILED** as of the date of this order.

/s/   DENNISE GARCIA
      JUSTICE